VANESSA R. WALSH (16180)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 E 300 S, 6th FL
Salt Lake City, UT 84114
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: vwalsh@agutah.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JARED PLUMB,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF UTAH; and ROSS WHITAKER, an individual; and John Does 1-10.,<br><br>Defendants. | NOTICE OF REMOVAL<br><br>Case No. 2:20-cv-00574-TC<br><br>Judge Tena Campbell |

Pursuant to 28 U.S.C. §§ 1441(a), 1443 and 1446, Defendants University of Utah and Ross Whitaker (collectively "Defendants"), by and through counsel, Vanessa R. Walsh Assistant Utah Attorney General, hereby give NOTICE OF REMOVAL of the civil action pending against Defendant in the Third Judicial

District for Salt Lake County, State of Utah, entitled *Jared Plumb v. University of Utah and Ross Whitaker,* Case No. 200904274 to this Court.  The grounds for removal are:

1. This action was commenced by the filing of a Complaint, in the Third District Court in and for Salt Lake County, State of Utah.

2. Defendants received a copy of the Complaint on or about July 8, 2020, and subsequently accepted service for all Defendants on or about July 23, 2020.

3. Plaintiffs' Complaint contains a cause of action against Defendant for alleged discrimination under 18 U.S.C. § 1983.

4. Based on Plaintiffs' allegations of violations of civil rights, this Court has original jurisdiction of the above-entitled action pursuant 28 U.S.C. §1331, and this action may be removed to this Court pursuant to 28 U.S.C. §1441(a).

5. Removal of this action is timely.  Fewer than thirty days have elapsed since Defendants received a copy of the Complaint.  The Complaint was the pleading from which it was first ascertained that the case is one that has become removable.  *See* 28 U.S.C. §1446(b).

6. Pursuant to 28 U.S.C. §1446 (a), a copy of all process and pleadings that have been received by Defendants are attached hereto as Exhibit A.

WHEREFORE, Defendants submit this Notice that the above-entitled matter is hereby removed from the Fifth Judicial District Court in and for Iron County, State of Utah, in accordance with the provisions of 28 U.S.C. § 1446.

DATED this 10th day of August, 2019.

                              SEAN D. REYES
                              Utah Attorney General

                              */s/ Vanessa R. Walsh*
                              VANESSA R. WALSH
                              Assistant Utah Attorney General
                              Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on the 10 day of August, 2019, a true and correct copy of the foregoing NOTICE OF REMOVAL was served on the following by electronically filing it with the Court, and via electronic mail:

Blake T. Ostler
57 W 200 S STE 350
Salt Lake City, UT 84165
supes00@gmail.com
*Attorney for Plaintiffs*

                                           */s/ R. Fielding Pratt*